**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

```
PATRICK BENJAMIN,               )
                                )
            Plaintiff,          )
                                )   Civil No. 14-102
                                )
v.                              )
                                )
CLOROX MANUFACTURING COMPANY,   )
KMART CORPORATION,              )
                                )
            Defendant.          )
                                )
_____ )
```

**ATTORNEYS:**

**Ryan W. Greene**
St. Thomas, VI
    *For Patrick Benjamin,*

**Daryl C. Barnes**
Bryant, Barnes, Moss & Beckstedt
St. Croix, VI
    *For Clorox Manufacturing Company,*

**Carl R. Williams**
Smith, Williams, PLLC
St. Thomas, VI
**Richard F. Farrelly**
Law Offices of Birch DeJong & Hindels PLLC
St. Thomas, VI
    *For Kmart Corporation*

## ORDER SCHEDULING MEDIATION CONFERENCE

**GÓMEZ, J.**

It is hereby **ORDERED** that this matter is scheduled for mediation before the Honorable Judge Anne E. Thompson, in Courtroom 1 of the Ron de Lugo Federal Building and U.S. Courthouse, St. Thomas, United States Virgin Islands. The mediation shall commence promptly at **9:30 a.m. on Wednesday, March 8, 2017**; it is further

*Lindqvist v. Lindqvist*
Civil No. 2014-88
Order
Page 2

**ORDERED** that, no later than **3:30 p.m. on Friday, March 3, 2017,** the parties shall each submit a two-page confidential position paper in .pdf format to Cynthia_Brown@vid.uscourts.gov. The confidential position papers shall outline the material facts relevant to the mediation; the settlement posture of the parties; and, any outstanding issues that need to be resolved; and it is further

**ORDERED** that each party shall have present at the mediation a principal with the authority to settle the matter.

                                             s/_____
                                                     **CURTIS V. GÓMEZ**
                                                     **District Judge**