**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

```
PATRICK BENJAMIN,            )
                             )
         Plaintiff,          )
                             )   Civil No. 14-102
                             )
v.                           )
                             )
CLOROX MANUFACTURING COMPANY,)
KMART CORPORATION,           )
                             )
         Defendant.          )
                             )
_____)
```

**ATTORNEYS:**

**Ryan W. Greene**
St. Thomas, VI
   *For Patrick Benjamin,*

**Daryl C. Barnes**
Bryant, Barnes, Moss & Beckstedt
St. Croix, VI
   *For Clorox Manufacturing Company,*

**Carl R. Williams**
Smith, Williams, PLLC
St. Thomas, VI
**Richard F. Farrelly**
Law Offices of Birch DeJong & Hindels PLLC
St. Thomas, VI
   For Kmart Corporation

**AMENDED ORDER SCHEDULING MEDIATION CONFERENCE[1]**

**GÓMEZ, J.**

It is hereby **ORDERED** that this matter is scheduled for mediation before the Honorable Judge Anne E. Thompson, in Courtroom 1 of the Ron de Lugo Federal Building and U.S. Courthouse, St. Thomas, United States Virgin Islands. The

---

[1] This order was initially entered on March 1, 2017, at 8:53 am. In that order, the header on the second page inadvertently referenced a different matter. That oversight is addressed in this amended order.

*Benjamin v. Clorox Mfg. Co.*
Civil No. 2014-102
Order
Page 2

mediation shall commence promptly at **9:30 a.m. on Wednesday, March 8, 2017;** it is further

**ORDERED** that, no later than **3:30 p.m. on Friday, March 3, 2017,** the parties shall each submit a two-page confidential position paper in .pdf format to Cynthia_Brown@vid.uscourts.gov. The confidential position papers shall outline the material facts relevant to the mediation; the settlement posture of the parties; and, any outstanding issues that need to be resolved; and it is further

**ORDERED** that each party shall have present at the mediation a principal with the authority to settle the matter.

s/_____
**CURTIS V. GÓMEZ**
**District Judge**